IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY S. MILLER and MYONG MILLER,<br><br>          Plaintiffs,<br><br>    vs.<br><br>MERCHANTS CREDIT ADJUSTERS, INC., ALEGENT BERGAN MERCY, and DEBRA S. WEST, DDS, an individual,<br><br>          Defendants. | 8:14CV359<br><br>ORDER |

This matter is before the court following a telephone conference with counsel on July 31, 2015. Burke Smith and Peter F. Barry represented the plaintiffs. Michael A. Klutho represented the defendant, Merchants Credit Adjusters, Inc. In light of the recent addition of two defendants, Alegent Bergan Mercy and Debra S. West, the parties are directed file an Amended Rule 26(f) Report **on or before August 31, 2015**. Upon filing of the Amended Rule 26(f) Report, plaintiffs' counsel shall schedule and initiate a telephone planning conference with the undersigned magistrate judge and participating counsel.

    **IT IS SO ORDERED.**

    Dated this 31st day of July, 2015.

                                          BY THE COURT:

                                          s/ Thomas D. Thalken
                                          United States Magistrate Judge