IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREGORY S. MILLER and MYONG MILLER, <br><br> Plaintiffs, <br><br> v. <br><br> MERCHANTS CREDIT ADJUSTERS, INC., ALEGENT BERGAN MERCY and DEBRA S. WEST, DDS, AN INDIVIDUAL, <br><br> Defendants. | Case No. 8:14-cv-00359-JFB-TDT <br><br><br> **ORDER FOR DISMISSAL** |

This matter is before the Court on the parties' joint stipulation for dismissal, Filing No. 45.

**IT IS HEREBY ORDERED** that the stipulation is granted and judgment shall be entered dismissing this case with prejudice and without costs, disbursements or attorneys' fees to any party.

**BY THE COURT**

Dated: September 11, 2015

_s/ Joseph F. Bataillon_____
The Honorable Joseph F. Bataillon
Senior United States District Judge